504 (4/18)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

3/16/20

Clerk, U.S. Bankruptcy Court
Western District of Missouri

| | |
|---|---|
| In Re: Dennis L Graves and Christina R Vierow–Graves –BELOW MED– Debtor | ) ) ) Case No.: 20–40033–btf13 ) Chapter: 13 ) |

**ORDER OF DISMISSAL**
**WITHOUT PREJUDICE**

On the motion before the court and for good cause shown, it is hereby ORDERED that this proceeding be dismissed without prejudice.

If the debtor owed filing fees at the time of the dismissal, those fees are immediately due and payable. If filing fees remain unpaid and the debtor files a new case, an application to pay the filing fee in installments in the new case shall be denied.

So ORDERED on 3/16/20 .

/s/  Brian T. Fenimore
_____
UNITED STATES BANKRUPTCY JUDGE